# of Defendant 10

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:11cr2064 |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 846 |
| SEALED INDICTMENT | ) | |

A __TRUE__ BILL

_____
FOREPERSON

The within Indictment was received by the Court at __4:24__ a.m./p.m. on __August 17__, 2011, and sealed by the Court. Bench Warrants are to be immediately issued and turned over to the United States Marshal Service for service. When a named defendant is arrested, the United States Attorney is authorized to disclose the Indictment to the appropriate United States Magistrate Judge and the defendant. **All Bench Warrants and any documents related to service are to be issued under seal.**

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
August 17, 2011